JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR E. McCARDLE, <br>     Plaintiff, <br>     v. <br> JENNY YANG, et al., <br>     Defendants. | Case No.: CV 15-6236 DSF (Ex) <br><br> JUDGMENT |

    The Court having granted Defendant Jenny Yang's motion for summary judgment and having previously dismissed all other Defendants,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 5/25/17

                                                      Dale S. Fischer <br>
                                               United States District Judge